# SPIRO HARRISON & NELSON

Eric H. Jaso, Esq.
ejaso@shnlegal.com
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Direct Dial: (973) 310-4026

July 14, 2025

<u>VIA ECF</u>
The Honorable Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:  *Andriola v. PFKOD Holdings, LLC., et al.*
       Civil Action No.: 3:25-cv-1908-GC-JBD

Dear Judge Castner:

  I represent Plaintiff Michael Andriola in the above-captioned matter. I write with the consent of Defendants to respectfully request an adjournment of Plaintiff's response to Defendants' pre-motion conference letter, which was filed today, July 14, 2025. ECF at 7.

  The current deadline for Plaintiff's response is July 21, per Your Honor's judicial preferences. Plaintiff respectfully requests the deadline be adjourned to **July 23**. As noted, I have consulted with defense counsel (Thomas F. Quinn, Esq.) who has consented to this request on Defendants' behalf.

  We thank the Court for its consideration of this request.

Respectfully Submitted,

SPIRO HARRISON & NELSON

*/s / Eric H. Jaso*
Eric H. Jaso, Esq.

cc: All Counsel of Record (ECF)

It is so ordered this 15th day of July, 2025.

*Georgette Castner*
Georgette Castner, U.S.D.J.