

September 15, 2025

**Thomas F. Quinn**
973.735.6036 (direct)
Thomas.Quinn@wilsonelser.com

**VIA ECF**
Honorable Georgette Castner, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **<u>Andriola v. PKFOD Holdings, LLC., *et al.*</u>**
            **Civil Action No.:**    3:25-cv-01908-GC-JBD
            **WEMED No.:**    11077.00191

Dear Judge Castner:

We represent Defendants. Sorry to do this again.

Defendants have further communicated with Plaintiff and have the Plaintiff's consent to extend the dates on the Defendants' anticipated Motion to Dismiss/ Comple Arbitration for another week. We are mindful of the Court's text order of August 4, 2025 re addressing the <u>Young</u> decision (DE12) and the Court's text Order of August 7, 2025 about exchanging the papers between the parties and then filing them in order once the briefing is completed. (DE 14).

We seek the Court to approve:
1. Defendants will exchange the Motion on September 22, 2025;
2. Plaintiff will exchange the opposition on or before October 24, 2025;
3. Defendants will exchange the reply on or before November 7, , 2025;
4. On November 10, 2025, Defendants will properly file the papers as per the August 7, 2025 order.

**Therefore, Defendants respectfully write to request if Your Honor would agree to the change in scheduling as discussed above.**

            Respectfully Submitted,

            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

            ___/s/ Thomas Quinn_____
            Thomas F. Quinn, Esq

cc:    All Counsel – via Pacer

7 Giralda Farms, Suites 100/110 | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY