# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL ANDRIOLA, C.P.A.<br><br>Plaintiff,<br><br>v.<br><br>PKFOD HOLDINGS, LLC,<br>PKF O'CONNOR DAVIES, LLP, and<br>PKF O'CONNOR DAVIES<br>ADVISORY, LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-1908-GC-JBD<br><br>Hon. Georgette Castner, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J. |

## NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**TO:**  Thomas F. Quinn, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
Attorneys for Defendants

**PLEASE TAKE NOTICE** that on Monday, November 3, 2025 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, plaintiffs Proud2Be and Healthy Pac shall move before the Hon. Georgette Castner, U.S.D.J., United States District Court for the District of New Jersey, for an Order pursuant to F.R.C.P. 15(a) for leave to file an amended complaint;

SHN\962774.1

**PLEASE TAKE FURTHER NOTICE** that plaintiffs shall rely upon the accompanying letter brief, Declaration of Eric H. Jaso, Esq., and all other papers filed in this action;

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if any defendant files timely opposition; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 10th day of October, 2025.

SPIRO HARRISON & NELSON

_____
Eric H. Jaso
363 Bloomfield Avenue
Suite 2C
Montclair, New Jersey 07042
(973) 232-0881
ejaso@shnlegal.com

*Attorneys for Plaintiff*

SHN\962774.1