UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL ANDRIOLA, C.P.A. | Civil Action No. 3:25-cv-01908-GC-JBD |
| Plaintiff, | **SUPPLEMENTAL CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |
| v. | |
| PKFOD HOLDINGS, LLC, PKF O'CONNOR DAVIES, LLP, and PKF O'CONNOR DAVIES ADVISORY, LLC, | |
| Defendants. | |

I, Thomas Quinn, Esquire, hereby certify as follows:

1. I am an attorney at law duly authorized to practice before this Court and I am a Partner of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, counsel for Defendants, PKFOD Holdings LLC, PKF O'Connor Davies, LLP, and PKF O'Connor Davis Advisory, LLC ("PKFOD" or "Defendants"). I make this supplemental certification in support of Defendants' Motion to compel arbitration.

2. Annexed hereto as **Exhibit 1** is a true and accurate copy of the Court's Order of October 1, 2025 in United States of America *ex rel.* Michael Andriola v. Ferriera Construction Co., Civ. Action No. 23-3834 (GC) (JBD).

323864520v.1

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendants, PKFOD Holdings LLC, PKF O'Connor Davies, LLP, and PKF O'Connor Davis Advisory, LLC*

By: /s/   *Thomas F. Quinn*
Thomas F. Quinn, Esq.
7 Giralda Farms
Madison, NJ 07940
Tel: (973) 624-0800
Fax: (973) 624-0808
thomas.quinn@wilsonelser.com

Dated:   November 10, 2025

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL ANDRIOLA,<br><br>*Plaintiffs,*<br><br>v.<br><br>FERREIRA CONSTRUCTION CO., INC., et al.,<br>*Defendants.* | HON. GEORGETTE CASTNER<br><br>Civil Action No. 23-3834 (GC) (JBD) |

<del>[PROPOSED]</del>
ORDER

Plaintiff-Relator Michael Andriola, and Defendants American Pile and Foundation LLC, Valiant Energy Services LLC, Valiant Power Group Inc. d/b/a Electric, and Nelson Ferreira, having filed a joint stipulation of dismissal, and the Court having received the consent of the United States along with a statement of reasons for its consent to dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1);

IT IS ORDERED THAT that this action is dismissed with prejudice as to Relator and without prejudice as to the United States.

*/s/ Georgette Castner*
HON. GEORGETTE CASTNER
United States District Judge
October 1, 2025