**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL ANDRIOLA, C.P.A, <br><br> Plaintiff, <br><br> v. <br><br> PKFOD HOLDINGS, LLC *et al.*, <br><br> Defendants. | Civil Action No. 25-01908 (GC) (JBD) <br><br> **ORDER** |

**THIS MATTER** comes before the Court upon Defendants PKFOD Holdings LLC, PKF O'Connor Davies, LLP, and PKF O'Connor Davies Advisory, LLC's Motion to Compel Arbitration. (ECF No. 26.) Plaintiff Michael Andriola, C.P.A., opposed and Defendants replied. (ECF Nos. 27, 28.) The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Federal Rule of Civil Procedure (Rule) 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and for other good cause shown,

**IT IS** on this 30 day of April, 2026 **ORDERED** as follows:

1. Defendants' Motion to Compel Arbitration (ECF No. 26) is **GRANTED**.

2. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 26.

3. The Clerk's Office is directed to **ADMINISTRATIVELY TERMINATE** this action pending the outcome of the arbitration.

4. Within seven days after completing arbitration, the parties shall file a letter advising the Court as to the outcome of the arbitration.

_____
**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**